In re Bates, Derrick;—Plaintiff; Applying for Supervisory and/or Remedial Writs, Parish of Orleans, Criminal District Court Div. C, No. 391-189; to the Court of Appeal, Fourth Circuit, No. 2004-K-0920.
Writ granted in part; otherwise denied. The trial court is ordered to provide relator with a cost estimate for reproducing relator’s bill of information and minute entries, public records relator has requested and to which relator is entitled. La. Const, art. XII, Section 3; R.S. 44:31; R.S. 44:31.1; State ex rel. Leonard v. State, 96-1889 (La.6/13/97), 695 So.2d 1325; State ex rel. Level v. State, 99-2266 (La.12/17/99), 751 So.2d 869; Range v. Moreau, 96-1607 (La.9/3/96), 678 So.2d 537. Relator is not entitled to a cost estimate for preproduction of his habitual offender colloquy. R.S. 44:31.1; State ex rel. Melinie v. State, 93-1380 (La.1/12/96), 665 So.2d 1172.